# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0463
LT Case No. 2014 CF 1262

_____

ANTHONY DELANE WASHINGTON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Luke Newman, of Luke Newman, P.A. Tallahassee, for
Appellant.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant
Attorney General, Tallahassee, for Appellee.


December 5, 2023


PER CURIAM.

   AFFIRMED.


EDWARDS, C.J., LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____